# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 18, 2019

Bridget M. McCormack,
Chief Justice

Rehearing No. 625

David F. Viviano,
Chief Justice Pro Tem

156827-8

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

                              SC: 156827
                              COA: 331232
TERENCE MITCHELL BRUCE,      Jackson CC: 15-004687-FH
      Defendant-Appellee.

_____

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

                              SC: 156828
                              COA: 331233
STANLEY LYLE NICHOLSON,      Jackson CC: 15-004688-FH
      Defendant-Appellee.

_____/

On order of the Court, the motion for rehearing is considered, and it is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 18, 2019



Clerk

t0911